89 F.3d 823
 NOTICE: First Circuit Local Rule 36.2(b)6 states unpublished opinions may be cited only in related cases.
Richard DIONNE, Plaintiff, Appellant,
v.
COMMISSIONER, NH Dept. of Corrections, et al., Defendants, Appellees.
 No. 96-1029.
 United States Court of Appeals, First Circuit.
 June 24, 1996.
 
 APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE [Hon. Joseph A. DiClerico, Jr., U.S. District Judge]
 Richard Dionne on brief pro se.
 Jeffrey R. Howard, Attorney General, and Stephen J. Judge, Senior Assistant Attorney General.
 D.N.H.
 AFFIRMED.
 Before SELYA, BOUDIN, and STAHL, Circuit Judges.
 PER CURIAM.
 
 
 1
 Richard Dionne, who is incarcerated at the New Hampshire State Prison, appeals from the dismissal of his civil rights suit under 42 U.S.C. § 1983 against various state prison officials. We affirm substantially for the reasons given in the district court's decision dated November 8, 1995, finding no merit in Dionne's claims of error.
 
 
 2
 Affirmed.